### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| JOSPEH L. WARD  AND OLLIE M | ) | |
| ROBERTS-WARD | ) | CASE NO.  13-56857-PMB |
| DEBTORS | ) | |
| | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MELISSA J. DAVEY, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting the amount of $542.54 to the Registry of the Clerk of the United States Bankruptcy Court on behalf of DEKALB ANESTHESIA ASSOCIATES, CARTER-YOUNG INC 1500 KLONDIKE RD STE A-210, CONYERS, GA,  30094, related to claim # 7. These funds are being remitted to the Registry because the Creditor has not claimed the funds.

/s/

MELISSA J. DAVEY, TRUSTEE
STATE BAR NO. 206310

### CERTIFICATE OF SERVICE

This is to certify that I have this 21st day of December, 2017 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

King & King Law L.L.C
215 Pryor Street, SW
Atlanta, GA  30303

/s/

MELISSA J. DAVEY, TRUSTEE
STATE BAR NO. 206310
Standing Chapter 13 Trustee
260 PEACHTREE STREET N.W.
SUITE 200
Atlanta, GA  30303
(678)510-1444